# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 11-cr-00305-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. LUIS ALBERTO GALAVIZ-SANTILLAN,

      Defendant.

## MINUTE ORDER[1]

      The matter is before the court on defendant's **Notice of Disposition** [#13][2] filed September 9, 2011. On **September 19, 2011**, commencing at 10:00 a.m., the court shall conduct a telephonic setting conference to set this matter for a change of plea hearing. Counsel for the defendant shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

      Dated: September 9, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#13]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.