**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Date:                January 27, 2012

Courtroom Deputy:    Nel Steffens
Court Reporter:      Tracy Weir
Interpreter:         Cathy Bahr
Probation Officer:   Jeanette Woll

**Criminal Action No. 11-cr-00305-REB**

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | John Canedy |
| Plaintiff, | |
| v. | |
| 1. LOUIS ALBERTO GALAVIZ-SANTILLAN, | Brian Leedy |
| Defendant. | |

## SENTENCING MINUTES

**9:13 a.m.   Court in session.**

Appearances of counsel.

Defendant is present in custody.

Interpreter is sworn; parties stipulate as to interpreter's qualifications.

Court's opening remarks.

Pursuant to 18 U.S.C. § 3552 and Fed.R.Crim.P. 32, the Probation Department has conducted a presentence investigation and has filed a presentence report and addendum.

Counsel for the government confirms that counsel has read the presentence report and addendum.

Counsel for the defendant informs the court that counsel has read and discussed the presentence report and addendum with the defendant.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, comments on the probation officer's sentencing guideline applications and calculations, and comments on matters relating to the appropriate sentence.

Defendant is sworn.

Statement by the defendant.

Statement by counsel for the government.

The court makes a sentencing statement pursuant to 18 U.S.C. § 3553(c) and enters findings of fact, conclusions of law, judgment of conviction, sentence, and orders.

   **IT IS ORDERED** as follows:

   1. That the plea agreement of the parties as presented in Court's Exhibits 1, 1a, 2, and 2a is formally approved;

   2. That the defendant's **Unopposed Motion for Variance** [#23] filed January 11, 2012, is **GRANTED**;

   3. That judgment of conviction under Fed.R.Crim.P. 32(k) is entered on Count 1 of the Indictment;

   4. That pursuant to the Sentencing Reform Act of 1984, it is the judgment and sentence of this court that the defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of **eight (8) months**;

   5. That no term of supervised release is imposed, but the defendant is advised that if he enters, remains, or is found in the United States illegally, or if he illegally possesses a controlled substance, or if he possesses or uses a firearm, destructive device, or dangerous weapon, he may be subject to further prosecution in federal court;

   6. That no fine is imposed;

   7. That the defendant shall pay forthwith a special victim's fund assessment

> fee of $100.00;

8. That the mandatory drug-testing provisions of 18 U.S.C.. § 3583(d) are waived;

9. That presentence confinement credit shall be determined by the Bureau of Prisons under 18 U.S.C. § 3585; and

10. That the defendant is remanded to the custody of the United States Marshal.

Parties state they have no objections to the sentence imposed.

The defendant waives formal advisement of appeal.

**9:30 a.m.    Court in recess.**

Total time in court:   00:17

Hearing concluded.